UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID DELUCA, as fund administrator of the
United Benefit Fund, ANDREW TALAMO, as
trustee of the United Benefit Fund, THOMAS D.
AMBROSIO, as trustee of the United Benefit Fund,
and the UNITED BENEFIT FUND,

                         Plaintiffs,         **ORDER**
                                                              CV 07-3967 (JS)(ARL)
       -against-

RTD STRATEGIES,

                         Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The matter having been referred to the undersigned by District Judge Seybert for the purpose of issuing a report and recommendation with respect to the appropriate amount of damages and attorneys' fees to be awarded, plaintiffs are directed to file papers in support of their claim for damages and attorneys' fees by **May 26, 2008**. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. If the plaintiffs believe that the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest, the plaintiffs shall so inform the court in writing.


Dated: Central Islip, New York           SO ORDERED:
       April 25, 2008

                                                _____/s/_____
                                                ARLENE ROSARIO LINDSAY
                                                United States Magistrate Judge